# United States Court of Appeals
## for the Fifth Circuit

United States Court of Appeals
Fifth Circuit
**FILED**
December 12, 2024
Lyle W. Cayce
Clerk

No. 24-30719

KAILYN FLETCHER,

    *Plaintiff—Appellant*,

*versus*

LOUIS DEJOY, *in his official capacity as Postmaster General*; UNITED STATES POSTAL SERVICE,

    *Defendants—Appellees*.

_____

Appeal from the United States District Court
for the Eastern District of Louisiana
USDC No. 2:23-CV-1344

_____

CLERK'S OFFICE:

    Under 5TH CIR. R. 42.3, the appeal is dismissed as of December 12, 2024, for want of prosecution. The appellant failed to timely pay the fee.

    LYLE W. CAYCE
    Clerk of the United States Court
    of Appeals for the Fifth Circuit

    By: _____
    Roeshawn Johnson, Deputy Clerk

ENTERED AT THE DIRECTION OF THE COURT